## Commonwealth *v.* Via, Appellant.

Submitted March 8, 1971. *Frederick W. Andrews,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.